IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:26-cr-83-DPJ-LGI

LEIGH JAMES BRIDGES

**NOTICE OF APPEARANCE**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that the undersigned hereby enters his appearance as counsel for the United States of America:

**JAMES R. BUSH**
Assistant United States Attorney
MS Bar No. 104653
United States Attorney's Office
Southern District of Mississippi
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone: (601) 973-2171
Facsimile: (601) 965-4035
Email: James.Bush@usdoj.gov

Service of all pleadings, papers, and documents required to be served in this action on any party should also be served on the above-named appearing counsel.

**RESPECTFULLY SUBMITTED** this the 28th day of September 2026.

J.E. BAXTER KRUGER
United States Attorney

By: JAMES R. BUSH (MSB 104653)
Assistant United States Attorney
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone: (601) 973-2171
Facsimile: (601) 965-4035
Email: James.Bush@usdoj.gov