AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

United States of America
*Plaintiff*
v.
Leigh James Bridges
*Defendant*

Case No. 3:26-cr-00083-DPJ-LGI

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America .

Date: 09/28/2026

s/ Deidre L. Colson
*Attorney's signature*

Deidre L. Colson, AUSA, MS Bar # 10125
*Printed name and bar number*

1575 20th Avenue
Gulfport, MS 39501
*Address*

Deidre.Colson@usdoj.gov
*E-mail address*

(228) 563-1560
*Telephone number*

(228) 563-1571
*FAX number*