AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 28 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

United States of America
v.
LEIGH JAMES BRIDGES
*Defendant*

Case No. 3:26-cr-83-DPJ-LGI

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 09/28/2026

*Defendant's signature*

*Signature of defendant's attorney*

JOHN M. COLETTE
*Printed name of defendant's attorney*

*Judge's signature*

LaKeysha Greer Isaac, US Magistrate Judge
*Judge's printed name and title*