SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 28 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V. CRIMINAL NO.: 3:26-cr-83-DPJ-LGI

LEIGH JAMES BRIDGES

**WAIVER OF COURT-APPOINTED COUNSEL**

The above-named defendant, after being advised of the nature of the charge and of his rights, hereby waived in open court his right to court-appointed counsel to represent him.

Date: September 28, 2026

DEFENDANT

COUNSEL FOR DEFENDANT