UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 28 2026
ARTHUR JOHNSTON
BY ______ DEPUTY

UNITED STATES OF AMERICA

V. CRIMINAL NO.: 3:26-cr-83-DPJ-LGI

LEIGH JAMES BRIDGES

**ORDER**

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is ORDERED to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so ordered.

SIGNED this 28th day of September 2026, at Jackson, Mississippi.

United States Magistrate Judge

Assistant United States Attorney

Defense Attorney