IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
3 - NORTHERN DIVISION (Jackson)

UNITED STATES PLAINTIFF

VERSUS CRIMINAL NO: 3:26CR83DPJ-LGI-01

LEIGH JAMES BRIDGES DEFENDANT

NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that Jason Alexis has been assigned as Probation Officer for Defendant LEIGH JAMES BRIDGES and should be noticed of all future pleadings by adding as an Interested Party to said case.

**OR**

NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that ____________________ has been assigned as Probation Officer for Defendant ____________________ and should be noticed of all future pleadings by adding as an Interested Party to said case. Probation Officer ____________________ is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

KEVIN D. WRIGHT
CHIEF U.S. PROBATION OFFICER

By: Allie Whitten
Digitally signed by Allie Whitten
Date: 2026.09.29 07:33:21 -05'00'