**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 3:26-cr-0083-DPJ-LGI**

**LEIGH JAMES BRIDGES**

**MOTION TO CORRECT INFORMATION**

The United States of America, by and through the undersigned counsel, and moves the Court to correct a typographical error on the face of the Information consistent with the government's notice and motion *ore tenus* at the initial appearance and again at the change of plea hearing. The defendant, through counsel, agrees with the motion.

The recitation of the underlying facts in paragraph 6 of the Information currently states that Defendant Leigh James Bridges "became President and Chief Executive Officer in 2021." The Information should be corrected to state that Defendant Bridges "became President and Chief Executive Officer in 2022."

The Government therefore requests that the Court enter an order directing the Clerk of the Court for the Southern District of Mississippi to reflect the requested change on the filed Information

Date: September 29, 2026

Respectfully submitted,

J. E. BAXTER KRUGER
United States Attorney

By: */s/ Dave Fulcher*
David H. Fulcher, MSB No. 10179
Assistant United States Attorney
501 E. Court Street – Suite 4.430
Jackson, MS 39201
P: 601-973-2824
E-Mail: dave.fulcher@usdoj.gov

**CERTIFICATE OF SERVICE**

I, DAVID H. FULCHER, Assistant U.S. Attorney, hereby certify that I have this date electronically filed the foregoing motion with the Clerk of the Court using the ECF system which sent notification to all counsel of record.

Dated: September 29, 2026

*/s/ Dave Fulcher*
David H. Fulcher
*Assistant United States Attorney*