IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v. CRIMINAL NO. 3:26-cr-83-DPJ-LGI

LEIGH JAMES BRIDGES

**AMENDED MOTION OF THE UNITED STATES OF AMERICA FOR A PRELIMINARY ORDER OF FORFEITURE**

The United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney for the Southern District of Mississippi, moves for a preliminary order of forfeiture in the form of a money judgment, stating:

1. On September 28, 2026, a felony Information [1] was filed against **LEIGH JAMES BRIDGES** (the "Defendant"), charging her with three (3) counts, Count 1 being theft of funds from a federal credit union in violation of 18 U.S.C. § 657, and Count 2 being false statements to a federal credit union in violation of 18 U.S.C. § 1006.

2. The Information [1] included a Notice of Intent to Seek Criminal Forfeiture (the "Forfeiture Notice") which states that the Defendant shall forfeit to the United States "all property involved in or traceable to property involved in the offenses" charged in the Information which would be subject to forfeiture pursuant to 18 U.S.C. § 982(a)(2). The Forfeiture Notice further states as follows:

> Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a **judgment of forfeiture** of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

(emphasis added). Pursuant to its Forfeiture Notice, the United States is seeking forfeiture of the following (the "**Money Judgment**"):

| **ASSET ID** | **ASSET DESCRIPTION** |
|---|---|
| TBD | A Money Judgment in the amount of $69,587,762.00, representing the amount of proceeds obtained by the Defendant, directly or indirectly, from the offenses. |

3. On September 28, 2026, the Defendant entered into a Plea Agreement [9] and Plea Supplement indicating her desire to plead guilty to Counts 1, 2, and 3 of the Information [1].

4. The **Money Judgment** is the amount which constitutes or is derived from, directly or indirectly, the proceeds of the Defendant that are traceable to the commission of the offenses charged in Counts 1 (theft of funds from a federal credit union, in violation of 18 U.S.C. § 657) and 2 (false statements to a federal credit union, in violation of 18 U.S.C. § 1006) of the Information [1]. Such property is, therefore, subject to forfeiture pursuant to 18 U.S.C. § 982(a)(2).

5. Pursuant to the terms of the Plea Agreement [9] and Plea Supplement, the Defendant agreed to enter into a preliminary order of forfeiture following the entry of a guilty plea. The United States is entitled to a forfeiture **Money Judgment** representing the amount of proceeds obtained by the Defendant, directly or indirectly, from the offenses of conviction pursuant to 18 U.S.C. § 982(a)(2), and Rule 32.2 of the Federal Rules of Criminal Procedure.

6. The United States requests that it be allowed to conduct any discovery it considers necessary to identify, locate, and seize substitute property to satisfy the **Money Judgment.**

7. No ancillary hearing is required since the forfeiture provides for a money judgment.

8. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment, and this order shall be enrolled in all appropriate

Judgment Rolls.

**WHEREFORE**, the United States of America respectfully requests that this Court enter a judgment of criminal forfeiture by issuing the proposed preliminary order of forfeiture for a **Money Judgment** in the amount of **$69,587,762.00.** All monies realized by the United States as a result of the forfeiture of the **Money Judgment**, minus any costs expended in recovering, maintaining, storing, and selling said property, shall be credited to the Defendant's **Money Judgment**.

**RESPECTFULLY SUBMITTED**, this 4th day of November 2026.

J.E. BAXTER KRUGER
United States Attorney

By: *_/s/ James R. Bush_*
JAMES R. BUSH (MSB 104653)
DAVID H. FULCHER (MSB 10179)
DEIDRE LAMPPIN COLSON (MSB 10125)
Assistant United States Attorneys
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone: (601) 973-2171
Facsimile: (601) 965-4035
Email: James.Bush@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused the foregoing document to be filed electronically with the Clerk of the Court using the ECF system, which sent notification to all counsel of record.

Dated: November 4, 2026

*_/s/ James R. Bush_*
JAMES R. BUSH