**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA

VS. Case Number: 3:26-cr-0083

LEIGH JAMES BRIDGES

---

**Defendant Leigh Bridges' Response to Government's Amended Motion for A Preliminary Order of Forfeiture**

---

COMES NOW your Defendant, Leigh Bridges, by and through undersigned counsel, and files her response to the Governments *Amended Motion for A Preliminary Order of Forfeiture* and would show unto the Court the following.

1. Defendant has no objection to the Government conducting discovery. Defendant would point out that she filed at least two financial disclosure forms as requested by the Government, and that she voluntarily provided extensive information about the location, possession, and control of all assets.

2. Because the funds were neither involved nor traceable to any of the offenses to which Defendant pled guilty, Defendant submits that the funds in her 401-K (retirement account) should be excluded from the Order.

WHEREFORE PREMISES CONSIDERED, Defendant Leigh Bridges respectfully requests that the Court stay the civil case until the parallel criminal case is resolved.

Respectfully submitted,

**LEIGH BRIDGES**

*/s/ John M. Colette*
John M. Colette | MSB 6376
**JOHN M. COLETTE, PLLC**
501 S. State Street
Jackson, Mississippi 39201
601-355-6277 Office
601-355-6283 Facsimile
colettelawms@gmail.com
*Attorney for Leigh Bridges*

## CERTIFICATE OF SERVICE

I, John M. Colette, do hereby certify that I have on this date filed the foregoing with the clerk, and have served a true and correct copy of the same via email on all parties of record.

THIS, the 5th day of November 2026.

*/s/ John M. Colette*
John M. Colette