**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 3:26-cr-83-DPJ-LGI**

**LEIGH JAMES BRIDGES**

**UNITED STATES OF AMERICA'S REPLY IN SUPPORT OF THE AMENDED MOTION FOR A PRELIMINARY ORDER OF FORFEITURE**

The United States of America submits this Reply in support of its Amended Motion [17] for a preliminary order of forfeiture in the form of a money judgment, stating:

1. In her Response [18], the Defendant, Leigh James Bridges, raises no objection to the $69,587,762.00 amount of the Money Judgment sought by the United States.

2. During her plea, the Defendant agreed that the funds traced to four member accounts as a part of the scheme exceeded $69,000,000.00. Further, $69,587,762.00 is the figure that was calculated by the Defendant and submitted by her to the United States by her counsel. Accordingly, as the amount of the Money Judgment is not in dispute, this Court should enter the proposed Preliminary Order of Forfeiture immediately.

3. Any and all assets in which the Defendant has an interest are forfeitable as substitute assets to satisfy the Money Judgment. *See* 21 U.S.C. § 853(p)(2). No assets should be excluded from the Preliminary Order of Forfeiture.

4. In her Response [18], the Defendant also requests that "the Court stay the civil case until the parallel criminal case is resolved." The United States asserts that it is not a party to the civil case, and any request for relief related to the civil case should be made by motion in that case, not this criminal action.

For the foregoing reasons, the United States requests that this Court grant its Amended

Motion [17] and enter a judgment of criminal forfeiture by issuing the proposed Preliminary Order of Forfeiture for a Money Judgment in the amount of $69,587,762.00. All monies realized by the United States as a result of the forfeiture of the Money Judgment, minus any costs expended in recovering, maintaining, storing, and selling said property, shall be credited to the Defendant's Money Judgment.

**RESPECTFULLY SUBMITTED**, this 9th day of November 2026.

J.E. BAXTER KRUGER
United States Attorney

By: */s/ James R. Bush*
JAMES R. BUSH (MSB 104653)
DAVID H. FULCHER (MSB 10179)
DEIDRE LAMPPIN COLSON (MSB 10125)
Assistant United States Attorneys
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone: (601) 973-2171
Facsimile: (601) 965-4035
Email: James.Bush@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, I caused the foregoing document to be filed electronically with the Clerk of the Court using the ECF system, which sent notification to all counsel of record.

Dated: November 9, 2026

*/s/ James R. Bush*
JAMES R. BUSH